UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-

SEP 19 2024

At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. **2:24CR 84** |
| | ) | |
| DIMAS GABRIEL YANES | ) | |
| a/k/a Dimas Gabriel Yanez | ) | 8 U.S.C. § 1326(a) |

**INDICTMENT**
(Reentry of Removed Aliens)

**THE GRAND JURY CHARGES:**

On or about September 1, 2024, in the Northern District of Indiana, the defendant,

**DIMAS GABRIEL YANES,**

an alien, was found in the United States after having been removed and deported therefrom on or about August 2, 2018, at or near Alexandria (Louisiana) International Airport, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a).

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: *Emily A. Morgan*
Emily A. Morgan
Assistant United States Attorney
Northern District of Indiana